*Mr. Samuel Zirn* for petitioners. *Mr. Grenville Clark* for respondents.

No. 1000. BANKS *v.* CORNING BANK & TRUST CO. June 4, 1934. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. Thos. S. Buzbee* for petitioner. *Mr. G. B. Oliver, Jr.,* for respondent.

No. 1001. CLOUDY REALTY CORP. *v.* IRVING TRUST COMPANY, TRUSTEE IN BANKRUPTCY. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel C. Duberstein* for petitioner. *Mr. William D. Whitney* for respondent.

No. 1002. RUWITCH *v.* FRANKEL ET AL. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles P. Schwartz* for petitioner. *Messrs. Irving Herriott, Walter H. Eckert,* and *A. N. Pritzker* for respondents.

No. 1012. DUNLAP *v.* UNITED STATES. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wm. St. John Wines* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 1015. GHADIALI *v.* DELAWARE. June 4, 1934. Petition for writ of certiorari to the Supreme Court of Delaware denied. *Mr. Dinshah P. Ghadiali, pro se.* No appearance for respondent.